1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  AMERICA E. SANCHEZ, | Case No. EDCV 09-765-VAP (AGRx) |
| 12          Plaintiff, | **JUDGMENT** |
| 13      v. | |
| 14  U.S. BANK NATIONAL ASSOCIATION; as Trustee for the registered holders of MASTR Asset Backed Securities Trust 2007 - WMC1 Mortgage Pass-Through Certificates, AZTEC FORECLOSURE CORP. OCWEN and DOES 1-20, | |
| 19          Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against U.S. Bank National Association as Trustee for the registered holders of MASTR Asset Backed Securities Trust 2007 - WMC1 Mortgage Pass-Through Certificates and Ocwen Loan

1  Servicing, L.L.C., (erroneously sued as Ocwen) is DISMISSED WITHOUT
2  PREJUDICE.  The Court orders that such judgment be entered.

Dated: May 30, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge